IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFERY BURTON**  **PLAINTIFF**
**ADC #174432**

v.   Case No. **4:21-CV-00973-LPR**

**JACKSON, Warden,**
**Varner Supermax Unit; and**
**SHIPMAN, Former Warden,**
**Varner Supermax Unit, ADC**   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are DISMISSED without prejudice. This case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 22nd day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE